# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN LOSCOMBE,<br><br>　　Plaintiffs,<br><br>　　　v.<br><br>CITY OF SCRANTON, et al.<br><br>　　Defendants. | CIVIL ACTION NO. 3:10-CV-1182<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 20th day of May, 2013, **IT IS HEREBY ORDERED** that Defendants City of Scranton and Mayor Chris Doherty's Motion to Dismiss (Doc. 99) and Defendants Firemen's Pension Commission, Firemen's Relief and Pension Fund Commission, and Composite Pension Board's Motion to Dismiss (Doc. 102) are **GRANTED IN PART AND DENIED IN PART AS FOLLOWS**:

1. Defendant Mayor Doherty is **DISMISSED** from this action in both his individual and official capacities.

2. Count I (First Amendment Retaliation) and Count IV (Unlawful Seizure and Taking) of Plaintiff John Loscombe's Third Amended Complaint (Doc. 97) are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that Plaintiff John Loscombe's Motion for Partial Summary Judgment (Doc. 105) is **DENIED**.

　　　　　　　　　　　　　　　　　　　　/s/ A. Richard Caputo
　　　　　　　　　　　　　　　　　　　　A. Richard Caputo
　　　　　　　　　　　　　　　　　　　　United States District Judge